IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES UPTHEGROVE,

    Plaintiff,

                                        Case No.  20-cv-975-bbc

  v.

MOLLI ROLLI, ANN HEASLETT,
ERIK KNUDSON, TYLER LAWS,
MITCHELL ILLICHMAN, ANGELA
JANIS, and ODETTE ANDERSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case with prejudice.

| | |
|---|---|
| /s/ | February 17, 2022 |
| Peter Oppeneer, Clerk of Court | Date |